# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 98-11493
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARAL WAYNE WILLIAMS,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:98-CR-34-1

July 30, 1999

Before KING, Chief Judge, HIGGINBOTHAM and STEWART, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Daral Wayne Williams, the Federal Public Defender, has filed a motion to withdraw and supporting brief as required by Anders v. California, 386 U.S. 738 (1967). Williams has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.